IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:08-CR-189-3-TWT |
| BRUCE HEYWARD, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 440 ] of the Magistrate Judge recommending granting the Defendant's Motion to Withdraw Motion to Vacate Sentence [Doc. 439]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Withdraw Motion to Vacate Sentence [Doc. 439] is GRANTED. The Motion to Vacate Sentence [Doc. 428] is DISMISSED.

SO ORDERED, this 17 day of October, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge